# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TIMOTHY B. DAVIS**

V.             CASE NUMBER: 5:06-CV-530(GHL)

**COMMISSIONER OF SOCIAL SECURITY**

[]          **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues  have been tried and the jury has rendered its verdict.

[XX]          **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. §405(g) as set forth in the Memorandum-Decision and Order of the Hon. George H. Lowe filed on September 17, 2007.

DATED:     September 17, 2007

_Lawrence K. Baerman_
Clerk of Court

LKB:lmp